UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-6945 |
| Plaintiff - Appellee, | D.C. No. 3:21-cr-05184-BHS-2 |
| v. | Western District of Washington, Tacoma |
| TRACY COITEUX, | ORDER |
| Defendant - Appellant. | |

Before: SILVERMAN, M. SMITH, and NGUYEN, Circuit Judges.

The unopposed motion (Docket Entry No. 37) to vacate the judgment of conviction and remand for dismissal is granted in part. We remand to the district court to permit it to decide the pending motion to dismiss the indictment under Federal Criminal Rule of Procedure 48(a) and, if appropriate, to vacate the judgment. The judgment will remain in effect pending the district court's decision. By this order, we express no opinion on the merits of the Rule 48(a) motion.

**REMANDED.**