UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

TRACY COITEUX,

    Defendant - Appellant.

No. 24-6945

D.C. No.
3:21-cr-05184-BHS-2

Western District of Washington,
Tacoma

MANDATE

---

The judgment of this Court, entered February 27, 2026, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT